**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Denver Select Property, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA Lawson Adventure Park and Cabins** <br> **Premium Adventure Tours** <br> **Lawson Adventure Park** <br> **Lawson Adventure Park Operations** <br> **Lawson Adventure Park Development** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1808537** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3424-3440 Alvarado Road** <br> **Dumont, CO 80436** <br> Number, Street, City, State & ZIP Code | **P.O. Box 140975** <br> **Denver, CO 80214** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Clear Creek** <br> County | **Location of principal assets, if different from principal place of business** <br> **3424-3440 Alvarado Rd. Lawson, CO 80436** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Denver Select Property, LLC**                                    Case number (*if known*) _____
      Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | Debtor _____ | | | | Relationship _____ | |
| | District _____ | | When _____ | | Case number, if known _____ | |

Debtor   **Denver Select Property, LLC**                                    Case number (*if known*) _____
          Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Denver Select Property, LLC**                                                                         Case number (*if known*) _____
     Name

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  1, 2017**
                MM / DD / YYYY

*X* **/s/ Greg Books** _____                **Greg Books** _____
Signature of authorized representative of debtor                Printed name

Title   **Manager** _____


**18. Signature of attorney**

*X* **/s/ Jeffrey A. Weinman** _____        Date  **September  1, 2017**
Signature of attorney for debtor                                      MM / DD / YYYY

**Jeffrey A. Weinman**
Printed name

**Weinman & Associates, P.C.**
Firm name

**730 17th Street**
**Suite 240**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone  **303-572-1010** _____   Email address  **jweinman@epitrustee.com**

**7605**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Denver Select Property, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other   **Cabin rentals and related activities** | **$64,508.00** |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Cabin rentals and related activities** | **$45,300.00** |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **Cabin rentals and related activities** | **$47,906.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **Denver Select Property, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Centennial Bank** **1744 Miner Street** **Idaho Springs, CO 80452** | 6/13/17 - 7/31/17 | $28,595.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Greg Books** **6681 W. Virginia Avenue** **Lakewood, CO 80226** **Manager/Member** | 8/5/16 - 8/8/17 | $61,655.10 | **Expense reimbursements, Capital repayments, payroll (see attached detail)** |
| 4.2. **Esther Books** **6681 W. Virginia Avenue** **Lakewood, CO 80226** **Spouse of Greg Books, Manager/Member** | | $8,203.81 | **Expense reimbursements, Capital repayment, and rental income (see attached detail)** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   **Denver Select Property, LLC**                                      Case number *(if known)*

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Visit Denver Foundation**<br>**1555 California St.**<br>**Denver, CO 80202** | **$600 gift certificate to be redeemed at the Park** | **6/21/17** | **$600.00** |
| | Recipients relationship to debtor<br>**None** | | | |

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Weinman & Associates, P.C.**<br>**730 17th Street, Suite 240**<br>**Denver, CO 80202** | | **August 2017** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

---

| Debtor | **Denver Select Property, LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **Adventures in Whitewater, LLC 214 Park Ave. Kremmling, CO 80459** | **Sold two river rafts** | **8/15/16** | **$3,000.00** |
| | Relationship to debtor **None** | | | |
| 13.2. | **Down River Equipment 11937 W. Interstate 70 Frontage Rd. Wheat Ridge, CO 80033** | **River Raft** | **4/18/17** | **$807.50** |
| | Relationship to debtor **None** | | | |
| 13.3. | **True Finishing, LLC 2290 S. Lipan Street Denver, CO 80223** | **2290 S. Lipan St. Denver, CO  80223 - 1031 Exchange.  Proceeds used to acquire Dumont and Lawson properties** | **10/30/15** | **$755,497.00** |
| | Relationship to debtor **None** | | | |

| Part 7: | Previous Locations |
| --- | --- |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | **10526 W. Alameda Ave. Denver, CO 80226** | **2014-2016** |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

Debtor    **Denver Select Property, LLC**                                    Case number *(if known)*

---

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **ANB**<br>**2108 Milestone Dr.**<br>**Suite 100**<br>**Fort Collins, CO 80525** | **XXXX-0501** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 2017** | **$896.17** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Denver Select Property, LLC**                                         Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Gerhardt Ditter 18 Hirshweg Lohr 97816 Germany | 291 County Road 308 Dumont, CO 80436 | Cosmo RF Welder (value $10,000), 2000 Dodge Van (value $2,000), 1998 Dodge Van (value $2000), 15 Rafts (value $5000), Tools (value $2500), 4 Semi-Trailers (value $5000) | $26,500.00 |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

Debtor   __Denver Select Property, LLC_____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Dean Barta**<br>**1900 Little Raven St.**<br>**Suite 120**<br>**Denver, CO 80202** | **4/16 - 7/16** |
| 26a.2. **Bianca Esther Books**<br>**6681 W. Virginia Ave.**<br>**Denver, CO 80226** | **3/17 - present** |
| 26a.3. **Stephen Hrynik, CPA**<br>**10526 W. Alameda Ave.**<br>**Denver, CO 80226** | **2013 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ☐ None

| Name and address |
|---|
| 26d.1. **Midwest Regional Bank**<br>**363 Festus Center Dr.**<br>**P.O. Box 1269**<br>**Festus, MO 63028** |
| 26d.2. **Citywide Banks**<br>**707 17th Street**<br>**Suite 2950**<br>**Denver, CO 80202** |
| 26d.3. **Beacon Funding**<br>**2400 Dundee Rd.**<br>**Suite 180**<br>**Northbrook, IL 60062** |
| 26d.4. **Sprout Tiny Homes**<br>**27781 Railroad St.**<br>**La Junta, CO 81050** |
| 26d.5. **Trailer Source**<br>**11808 W. 44th Ave.**<br>**Wheat Ridge, CO 80033** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☐ No
   ■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor __Denver Select Property, LLC__                                  Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Albert Hardy** | **6/1/16** | **$10,213.12 retail value** |
| | Name and address of the person who has possession of inventory records | | |
| | **Debtor** | | |
| 27.2. | **Albert Hardy** | **5/1/17** | **$9,603.39 retail value** |
| | Name and address of the person who has possession of inventory records | | |
| | **Debtor** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Books Family Limited Partnership** | **P.O. Box 140975 Denver, CO 80214** | **Member** | **90** |
| **Greg Books** | **6681 W. Virginia Avenue Lakewood, CO 80226** | **Manager/Member** | **3.175** |
| **Dismal River, LLC** | **P.O. Box 286 Marysville, KS 66508** | **Member** | **2.5** |
| **Rudolf A. Bohm** | **1002 S. 23rd St. Kingsville, TX 78363** | **Member** | **1** |
| **Albert Hardy** | **P.O. Box 1 Dumont, CO 80436** | **Member** | **1** |
| **Laura Vertz** | **26013 W. Calhoun Ave. Antioch, IL 60002** | **Member** | **.5** |
| **John Freindreis** | **26013 W. Calhoun Ave. Antioch, IL 60002** | **Member** | **.5** |
| **Christopher Smith** | **4410 Westminster Irving, TX 75038** | **Member** | **.5** |

Debtor   **Denver Select Property, LLC**                                           Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **James Wright** | **3037 Curtis St.**<br>**Denver, CO 80205** | **Member** | **.5** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Raystones, LLC** | **P.O. Box 1744**<br>**Idaho Springs, CO 80452** | **Member** | **.325** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-------------------------------------------------------|-------|-------------------------------|
| 30.1. **Greg Books**<br>**6681 W. Virginia Avenue**<br>**Lakewood, CO 80226** | **$61,510.00** | **8/5/16 - 7/3/17** | **Salary and draws** |
| **Relationship to debtor**<br>**Manager/Member** | | | |
| 30.2. **Esther Books**<br>**6681 W. Virginia Ave.**<br>**Lakewood, CO 80226** | **$8,203.81** | **8/13/16 -**<br>**7/9/17** | **Expense reimbursements** |
| **Relationship to debtor**<br>**Spouse of Greg Books,**<br>**Manager/Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|-----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|-----------------------------------------------------------|

**Part 14:   Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **Denver Select Property, LLC**                                    Case number *(if known)*

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  1, 2017**

**/s/ Greg Books**                                    **Greg Books**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## ATTACHMENT TO QUESTION 4 - STATEMENT OF FINANCIAL AFFAIRS

Payments to Greg Books, Manager/Member

08/05/16 - $2308.00  payroll
08/19/16 - $2308.00  payroll
08/22/16 - $1850.00 expense reimbursement
09/02/16 - $2308.00 payroll
09/16/16 - $2308.00 payroll
09/28/16 - $4972.00 expense reimbursement
09/30/16 - $2308.00 payroll
10/13/16 - $1154.00 payroll
11/08/16 - $1601.00 expense reimbursement
12/29/16 - $1500.00 capital repayment
03/03/17 - $1500.00 capital repayment
03/08/17 - $ 250.00 capital repayment
03/10/17 - $3000.00 capital repayment
03/15/17 - $1000.00 capital repayment
04/03/17 - $ 293.00 expense reimbursement
04/10/17 - $ 100.00 capital repayment
04/17/17 - $ 400.00 capital repayment
04/24/17 - $1500.00 capital repayment
04/26/17 - $1500.00 capital repayment
05/19/17 - $1000.00 capital repayment
05/23/17 - $ 100.00 capital repayment
06/01/17 - $9000.00 capital repayment
06/01/17 - $2000.00 capital repayment
06/16/17 - $15,000.00 capital repayment
07/03/17 - $ 250.00 capital repayment
08/08/17 - $ 145.10 expense reimbursement

## TOTAL: $61,655.10

Payments to Esther Books, spouse of Greg Books, Manager/Member

08/13/16 - $700.00 rental income
09/18/16 - $800.00 rental income
10/10/16 - $300.00 rental income
04/21/17 - $132.00 expense reimbursement
05/01/17 - $896.00 expense reimbursement
05/27/17 - $ 25.00 expense reimbursement
05/14/17 - $ 38.37 expense reimbursement
06/29/17 - $5000.00 capital repayment
07/09/17 - $312.44 expense reimbursement

## TOTAL: $8,203.81

**Fill in this information to identify the case:**

Debtor name        **Denver Select Property, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................. $    **1,480,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................... $    **93,915.41**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................ $    **1,573,915.41**

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **2,126,036.30**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **561,550.97**

4.   **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b          $    **2,687,587.27**

**Fill in this information to identify the case:**

Debtor name      **Denver Select Property, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase** | **Checking** | 5361 | $165.41 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                          $165.41
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Denver Select Property, LLC**                      Case number *(If known)* _____
           Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Computers consisting of a laptop ($200 value) and desktop ($300 value); color printer ($200 value) and black and white printer ($50 value)** | $0.00 | | $750.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.                            $750.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Denver Select Property, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Bungee Trampoline, Gyroscope Extreme, Animatronic Shooting Gallery, Magnetic Spider Climb, Wood Maze, Mineral Planning Maze, Mechanical Bull, Climbing Wall, Barrel Roll** | $0.00 | | $75,000.00 |
| **Misc. furniture, fixtures, equipment and artwork** | $0.00 | | $15,000.00 |
| **Washer and Dryer** | $0.00 | | $3,000.00 |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87. | $93,000.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **3424-3440 Alvarado Road Lawson, CO  80436** | Fee simple | $0.00 | Appraisal | $1,070,000.00 |
| 55.2.  **291 County Road 308 Dumont, CO  80436** | Fee simple | $0.00 | Appraisal | $410,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Denver Select Property, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$1,480,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations**<br>**Client List** | **Unknown** | | **$0.00** |
| 64.  **Other intangibles, or intellectual property**<br>**Clear Creek Technical Services, Inc. and/or Midwest Regional Bank related to the construction of Debtor's facilities** | **Unknown** | | **$0.00** |
| 65.  **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Denver Select Property, LLC**                                    Case number *(If known)* _____
          Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Denver Select Property, LLC**                    Case number *(If known)* _____
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $165.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $93,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $1,480,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $93,915.41 | + 91b. $1,480,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,573,915.41 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    __Denver Select Property, LLC__

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Clear Creek County Treasurer**<br>Creditor's Name<br>**P.O. Box 2000**<br>**405 Argentine St.**<br>**Georgetown, CO 80444**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**3424-3440 Alvarado Road**<br>**Lawson, CO 80436** | $1,461.03 | $1,070,000.00 |

**Describe the lien**

**Real Property Taxes**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**February 2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Midwest Regional Bank**
**2. Clear Creek County Treasurer**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Clear Creek County Treasurer**<br>Creditor's Name<br>**P.O. Box 2000**<br>**405 Argentine St.**<br>**Georgetown, CO 80444**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**291 County Road 308**<br>**Dumont, CO 80436** | $3,279.27 | $410,000.00 |

**Describe the lien**

**Real Property Taxes**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**February 2017**

**Last 4 digits of account number**

---

Official Form 206D    **Schedule D: Creditors Who Have Claims Secured by Property**    page 1 of 4

Debtor **Denver Select Property, LLC**                                    Case number (if know) _____
     Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Midwest Regional Bank**<br>**2. Clear Creek County Treasurer** | ☐ Disputed |

---

| 2.3 | **LaundryLux Funding Services** | | Describe debtor's property that is subject to a lien | $0.00 | $3,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**1061 Doughty Blvd.**
**NY 10096**

Creditor's mailing address

Creditor's email address, if known

**Washer and Dryer**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**July 2017**
Last 4 digits of account number
**0675**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Midwest Regional Bank** | Describe debtor's property that is subject to a lien | $1,648,596.00 | $1,070,000.00 |
|---|---|---|---|---|

Creditor's Name

**363 Festus Center Dr.**
**P.O. Box 1269**
**Festus, MO 63028-7269**

Creditor's mailing address

Creditor's email address, if known

**3424-3440 Alvarado Road**
**Lawson, CO 80436**

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**May 2016**
Last 4 digits of account number
**9833**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.5 | **Midwest Regional Bank** | Describe debtor's property that is subject to a lien | $427,000.00 | $410,000.00 |
|---|---|---|---|---|

---

Official Form 206D             Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**             page 2 of 4

Debtor   **Denver Select Property, LLC**                                    Case number (if know) _____
_____
Name

| Creditor's Name | |
|---|---|
| **363 Festus Center Dr.** | **291 County Road 308** |
| **P.O. Box 1269** | **Dumont, CO  80436** |
| **Festus, MO 63028-7269** | |
| Creditor's mailing address | |

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**May 2016**
**Last 4 digits of account number**
**0454**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Twister Investments, Inc.** | Describe debtor's property that is subject to a lien | $45,700.00 | $75,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Bungee Trampoline, Gyroscope Extreme, Animatronic Shooting Gallery, Magnetic Spider Climb, Wood Maze, Mineral Planning Maze, Mechanical Bull, Climbing Wall, Barrel Roll** | | |

**P.O. Box 1274**
**Winter Park, CO 80482**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**May 2016**
**Last 4 digits of account number**
**4172**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,126,036.30 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Stephen K. Dexter, Esq.** | | |
| **Lathrop Gage, LLP** | | |
| **1515 Wynkoop Street, #600** | Line  **2.4** | |
| **Denver, CO 80202** | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor    **Denver Select Property, LLC**                         Case number (if know) _____
         Name

**Stephen K. Dexter, Esq.**
**Lathrop Gage, LLP**                        Line   **2.5**
**1515 Wynkoop Street, #600**
**Denver, CO 80202**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Denver Select Property, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**1375 Sherman Street**<br>**Denver, CO 80261** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**July 2016** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Services**<br><br>**Ogden, UT 84201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**July 2016** | Basis for the claim:<br>**Payroll taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

       **Amount of claim**

Debtor   **Denver Select Property, LLC**
Name                                                    Case number (if known)

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $913.20 |
|---|---|---|---|

**Amerigas**
P.O. Box 1420
Evergreen, CO 80437

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2017**

Basis for the claim:  **Propane**

Last 4 digits of account number  **0421**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,795.00 |
|---|---|---|---|

**Better Business Accounting**
P.O. Box 140975
Denver, CO 80214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2017**

Basis for the claim:  **Bookkeeping and accounting services**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,033.00 |
|---|---|---|---|

**Books, Esther**
6681 W. Virginia Ave.
Lakewood, CO 80226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Loans to company used for purchase of equipment, supplies, services, etc.**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406,238.46 |
|---|---|---|---|

**Books, Greg**
6681 W. Virginia Ave.
Lakewood, CO 80226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Personal loans to company used for purchase of equipment, supplies, services, etc.**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $430.60 |
|---|---|---|---|

**Century Link**
P.O. Box 91155
Seattle, WA 98111-9255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2016**

Basis for the claim:  **Phone services**

Last 4 digits of account number  **012B**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,577.89 |
|---|---|---|---|

**Century Link**
P.O. Box 91155
Seattle, WA 98111-9255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2016**

Basis for the claim:  **Phone services**

Last 4 digits of account number  **4172**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,227.13 |
|---|---|---|---|

**Chase Ink**
P.O. Box 15123
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2017**

Basis for the claim:  **Supplies for Adventure Park**

Last 4 digits of account number  **3934**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Denver Select Property, LLC**                                          Case number *(if known)* _____
_____
         Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,895.00 |
|---|---|---|---|

**Citywide Bank**
**formerly Centennial Bank**
**1744 Miner Street**
**Idaho Springs, CO 80452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2016**

**Basis for the claim:  Line of Credit**

Last 4 digits of account number  **0741**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,437.12 |
|---|---|---|---|

**Clear Creek County**
**Water Resources Department**
**P.O. Box 2000**
**Georgetown, CO 80444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2017**

**Basis for the claim:  Water lease**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clear Creek Sanitation District**
**P.O. Box 162**
**Dumont, CO 80436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2017**

**Basis for the claim:  Quarterly Sanitation bill**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |
|---|---|---|---|

**Colorado Activity Center**
**P.O. Box 129**
**701 Granite St., #270**
**Frisco, CO 80443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2018**

**Basis for the claim:  Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,092.47 |
|---|---|---|---|

**Comcast Business**
**9602 S. 300 W Street**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2017**

**Basis for the claim:  Internet phone and cable services**

Last 4 digits of account number  **4172**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,037.27 |
|---|---|---|---|

**Comcast Business**
**9602 S. 300 W Street**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2017**

**Basis for the claim:  Internet phone and cable services**

Last 4 digits of account number  **8956**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $812.37 |
|---|---|---|---|

**Comcast Business**
**9602 S. 300 W Street**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2017**

**Basis for the claim:  Internet phone and cable service**

Last 4 digits of account number  **3976**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Denver Select Property, LLC**  Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Comcast Business**<br>**9602 S. 300 W Street**<br>**Sandy, UT 84070** | **$827.62** |

Date(s) debt was incurred  **March 2017**

Last 4 digits of account number  **3802**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet phone and cable services**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Core Publishing**<br>**104 Broadway**<br>**Denver, CO 80203** | **$1,000.00** |

Date(s) debt was incurred  **July 2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Ellis Communications Marketing, LLC**<br>**9183 Sugarstone Circle**<br>**Highlands Ranch, CO 80130** | **$500.00** |

Date(s) debt was incurred  **June 2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PR/Marketing services**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Empire Sports**<br>**Attn:  Mark Reynolds**<br>**P.O. Box 127**<br>**Georgetown, CO 80444** | **$6,500.00** |

Date(s) debt was incurred  **July 2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2016**
**Building rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Frank Parker, Esq.**<br>**Noriyuki & Parker, P.C.**<br>**P.O. Box 949**<br>**Granby, CO 80446** | **$615.00** |

Date(s) debt was incurred  **June 2017**

Last 4 digits of account number  **5494**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**IPFS**<br>**125 Whacker Dr.**<br>**Suite 1650**<br>**Chicago, IL 60606** | **$6,945.26** |

Date(s) debt was incurred  **July 2016**

Last 4 digits of account number  **4335**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Financing of general liability insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**IPFS**<br>**24722 Network Place**<br>**Chicago, IL 60673** | **$2,250.57** |

Date(s) debt was incurred  **July 2016**

Last 4 digits of account number  **7349**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Financing of primary general liability policy**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Denver Select Property, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address

**IPFS**
**Dean and Associates**
P.O. Box 790420
Saint Louis, MO 63179

Date(s) debt was incurred **2017**

Last 4 digits of account number **4335**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Building supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$2,444.12**

---

**3.23** | Nonpriority creditor's name and mailing address

**Jacob Aragon Design**
501 S. Meredith Ave.
Dumas, TX 79029

Date(s) debt was incurred **June 2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Graphics work**

Is the claim subject to offset? ☒ No ☐ Yes

**$240.00**

---

**3.24** | Nonpriority creditor's name and mailing address

**License Plate Toll**
P.O. Box 5470
Denver, CO 80217

Date(s) debt was incurred **July 2017**

Last 4 digits of account number **5503**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **E-470 Charges**

Is the claim subject to offset? ☒ No ☐ Yes

**$14.20**

---

**3.25** | Nonpriority creditor's name and mailing address

**Liquor Pros**
5515 Saddle Rock Pl.
Colorado Springs, CO 80918

Date(s) debt was incurred **June 2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Building supplies**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,600.00**

---

**3.26** | Nonpriority creditor's name and mailing address

**Media Contour**
19 Hillside Dr.
Denver, CO 80215

Date(s) debt was incurred **January 2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Website services**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,085.00**

---

**3.27** | Nonpriority creditor's name and mailing address

**Progressive Signs, LLC**
3855 Pecos St.
Denver, CO 80211

Date(s) debt was incurred **May 2017**

Last 4 digits of account number **2121**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Signs**

Is the claim subject to offset? ☒ No ☐ Yes

**$4,197.13**

---

**3.28** | Nonpriority creditor's name and mailing address

**Return on Adventure**
1900 Little Raven St.
Suite 120
Denver, CO 80202

Date(s) debt was incurred **July 2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting and controlling services**

Is the claim subject to offset? ☒ No ☐ Yes

**$17,719.73**

---

| Debtor | **Denver Select Property, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,964.00 |
|---|---|---|---|

**ShrickHR Consulting**
**1365 S. Ward Way**
**Lakewood, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2017**

Basis for the claim:  **HR consulting**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $595.20 |
|---|---|---|---|

**Smart Marketing**
**800 3rd St.**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2017**

Basis for the claim:  **Evergeen map ad**

Last 4 digits of account number  **2405**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stephen J. Hyrnik, CPA**
**10526 W. Alameda Ave.**
**Lakewood, CO 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2017**

Basis for the claim:  **Preparation of 2016 tax returns**

Last 4 digits of account number  **2262**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,014.00 |
|---|---|---|---|

**Stewart Oxygen Services**
**621 Southpark Drive**
**Suite 700**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2016**

Basis for the claim:  **Oxygen, AED and CPR training**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,637.01 |
|---|---|---|---|

**The Home Depot**
**P.O. Box 790420**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2017**

Basis for the claim:  **Building supplies**

Last 4 digits of account number  **3793**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $637.62 |
|---|---|---|---|

**Uline**
**P.O. Box 88741485**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2017**

Basis for the claim:  **Signs for property**

Last 4 digits of account number  **1485**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Debtor   **Denver Select Property, LLC**

Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **561,550.97** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **561,550.97** |

**Fill in this information to identify the case:**

Debtor name __**Denver Select Property, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **Water lease dated July 2016** **Term:  20 years at $2500 per acre/ft** State the term remaining   **19 years** List the contract number of any government contract   _____ | **Clear Creek County Water Resources Department P.O. Box 2000 Georgetown, CO 80444** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Denver Select Property, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **5 More Minutes, LLC** | P.O. Box 140975 Denver, CO 80214 | **Midwest Regional Bank** | ■ D  **2.4** ☐ E/F _____ ☐ G _____ |
| 2.2  **5 More Minutes, LLC** | P.O. Box 140975 Denver, CO 80214 | **Midwest Regional Bank** | ■ D  **2.5** ☐ E/F _____ ☐ G _____ |
| 2.3  **Books Family Limited Partnership** | P.O. Box 140975 Denver, CO 80214 | **Midwest Regional Bank** | ■ D  **2.4** ☐ E/F _____ ☐ G _____ |
| 2.4  **Books Family Limited Partnership** | P.O. Box 140975 Denver, CO 80214 | **Midwest Regional Bank** | ■ D  **2.5** ☐ E/F _____ ☐ G _____ |
| 2.5  **Esther Books** | 6681 W. Virginia Ave. Lakewood, CO 80226 | **Midwest Regional Bank** | ■ D  **2.4** ☐ E/F _____ ☐ G _____ |

Debtor    **Denver Select Property, LLC**                          Case number *(if known)* _____

<div style="background:black">   </div> **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.6 | **Esther Books** | 6681 W. Virginia Ave.<br>Denver, CO 80226 | Midwest Regional<br>Bank | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Germinator, LLC** | P.O. Box 140975<br>Denver, CO 80214 | Midwest Regional<br>Bank | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Germinator, LLC** | P.O. Box 140975<br>Denver, CO 80214 | Midwest Regional<br>Bank | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Greg Books** | 6681 W. Virginia Ave.<br>Lakewood, CO 80226 | Midwest Regional<br>Bank | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Greg Books** | 6681 W. Virginia Ave.<br>Denver, CO 80226 | Midwest Regional<br>Bank | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Lawson Adventure Park Development, LLC** | P.O. Box 140975<br>Denver, CO 80214 | Midwest Regional<br>Bank | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Lawson Adventure Park Development, LLC** | P.O. Box 140975<br>Denver, CO 80214 | Midwest Regional<br>Bank | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Lawson Adventure Park Operations, LLC** | P.O. Box 140975<br>Denver, CO 80214 | Midwest Regional<br>Bank | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Denver Select Property, LLC**        Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Lawson Adventure Park Operations, LLC** | P.O. Box 140975<br>Denver, CO 80214 | **Midwest Regional Bank** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Premium Adventure Tours, LLC** | P.O. Box 1<br>Dumont, CO 80436 | **Midwest Regional Bank** | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Premium Adventure Tours, LLC** | P.O. Box 1<br>Dumont, CO 80436 | **Midwest Regional Bank** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Denver Select Property, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  1, 2017**     **X /s/ Greg Books**
                                    Signature of individual signing on behalf of debtor

                                                **Greg Books**
                                                Printed name

                                                **Manager**
                                                Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Denver Select Property, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Better Business Accounting** P.O. Box 140975 Denver, CO 80214 | | **Bookkeeping and accounting services** | | | | **$6,795.00** |
| **Century Link** P.O. Box 91155 Seattle, WA 98111-9255 | | **Phone services** | | | | **$1,577.89** |
| **Chase Ink** P.O. Box 15123 Wilmington, DE 19850 | | **Supplies for Adventure Park** | | | | **$13,227.13** |
| **Citywide Bank formerly Centennial Bank 1744 Miner Street Idaho Springs, CO 80452** | | **Line of Credit** | | | | **$24,895.00** |
| **Clear Creek County Water Resources Department** P.O. Box 2000 Georgetown, CO 80444 | | **Water lease** | | | | **$1,437.12** |
| **Clear Creek County Treasurer** P.O. Box 2000 405 Argentine St. Georgetown, CO 80444 | | **3424-3440 Alvarado Road Lawson, CO 80436** | | $1,461.03 | $1,070,000.00 | $1,461.03 |
| **Clear Creek County Treasurer** P.O. Box 2000 405 Argentine St. Georgetown, CO 80444 | | **291 County Road 308 Dumont, CO 80436** | | $3,279.27 | $410,000.00 | $3,279.27 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Denver Select Property, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Colorado Activity Center P.O. Box 129 701 Granite St., #270 Frisco, CO 80443** | | **Services** | | | | **$1,275.00** |
| **Comcast Business 9602 S. 300 W Street Sandy, UT 84070** | | **Internet phone and cable services** | | | | **$2,037.27** |
| **Empire Sports Attn:  Mark Reynolds P.O. Box 127 Georgetown, CO 80444** | | **2016 Building rental** | | | | **$6,500.00** |
| **IPFS 125 Whacker Dr. Suite 1650 Chicago, IL 60606** | | **Financing of general liability insurance** | | | | **$6,945.26** |
| **IPFS Dean and Associates P.O. Box 790420 Saint Louis, MO 63179** | | **Building supplies** | | | | **$2,444.12** |
| **IPFS 24722 Network Place Chicago, IL 60673** | | **Financing of primary general liability policy** | | | | **$2,250.57** |
| **Liquor Pros 5515 Saddle Rock Pl. Colorado Springs, CO 80918** | | **Building supplies** | | | | **$1,600.00** |
| **Midwest Regional Bank 363 Festus Center Dr. P.O. Box 1269 Festus, MO 63028-7269** | | **3424-3440 Alvarado Road Lawson, CO 80436** | | **$1,648,596.00** | **$1,070,000.00** | **$578,596.00** |
| **Midwest Regional Bank 363 Festus Center Dr. P.O. Box 1269 Festus, MO 63028-7269** | | **291 County Road 308 Dumont, CO 80436** | | **$427,000.00** | **$410,000.00** | **$17,000.00** |
| **Progressive Signs, LLC 3855 Pecos St. Denver, CO 80211** | | **Signs** | | | | **$4,197.13** |

Debtor  **Denver Select Property, LLC**                           Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Return on Adventure 1900 Little Raven St. Suite 120 Denver, CO 80202** | | **Accounting and controlling services** | | | | **$17,719.73** |
| **ShrickHR Consulting 1365 S. Ward Way Lakewood, CO 80228** | | **HR consulting** | | | | **$1,964.00** |
| **The Home Depot P.O. Box 790420 Saint Louis, MO 63179** | | **Building supplies** | | | | **$10,637.01** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Colorado

In re  **Denver Select Property, LLC**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Albert Hardy**<br>**P.O. Box 1**<br>**Dumont, CO 80436** | | | **1%** |
| **Books Family Limited Partnership**<br>**P.O. Box 140975**<br>**Denver, CO 80214** | | | **90%** |
| **Books, Greg**<br>**6681 W. Virginia Ave.**<br>**Lakewood, CO 80226** | | | **3.175%** |
| **Christopher Smith**<br>**4410 Westminster**<br>**Irving, TX 75038** | | | **.5%** |
| **Dismal River, LLC**<br>**P.O. Box 286**<br>**Marysville, KS 66508** | | | **2.5%** |
| **James Wright**<br>**3037 Curtis St.**<br>**Denver, CO 80205** | | | **.5%** |
| **John Freindreis**<br>**26013 W. Calhoun Ave.**<br>**Antioch, IL 60002** | | | **.5%** |
| **Laura Vertz**<br>**26013 W. Calhoun Ave.**<br>**Antioch, IL 60002** | | | **.5%** |
| **Raystones, LLC**<br>**P.O. Box 1744**<br>**Idaho Springs, CO 80452** | | | **.325** |
| **Rudolf A. Bohm**<br>**1002 S. 23rd St.**<br>**Kingsville, TX 78363** | | | **1%** |

In re:   **Denver Select Property, LLC**                                       Case No. _____
                                                            _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

　　　　I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **September  1, 2017**                          Signature   **/s/ Greg Books**
        _____                              _____
                                                                 **Greg Books**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


List of equity security holders consists of 2 total page(s)

# United States Bankruptcy Court
## District of Colorado

In re   **Denver Select Property, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Denver Select Property, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Books Family Limited Partnership**
**P.O. Box 140975**
**Denver, CO 80214**

☐ None [*Check if applicable*]

**September  1, 2017**

Date

**/s/ Jeffrey A. Weinman**

**Jeffrey A. Weinman 7605**

Signature of Attorney or Litigant

Counsel for   **Denver Select Property, LLC**

**Weinman & Associates, P.C.**

**730 17th Street**
**Suite 240**
**Denver, CO 80202**
**303-572-1010 Fax:303-572-1011**
**jweinman@epitrustee.com**

## United States Bankruptcy Court
### District of Colorado

In re   **Denver Select Property, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 1, 2017**

**/s/ Greg Books**

**Greg Books**/**Manager**
Signer/Title