UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                              )
                                                                    )
DENVER SELECT PROPERTY, LLC         )        Case No.
EIN 46-1808537                                           )        Chapter 11
                                                                    )
Debtor.                                                         )

## CERTIFICATE OF CORPORATE RESOLUTION

       This is to certify that I, Greg Books, Manager of Denver Select Property, LLC, am authorized to make, execute, acknowledge, verify, seal and file a Petition under Chapter 11 of the United States Bankruptcy Code and the necessary schedules and other documents and schedules accompanying the same on behalf of the LLC;

       The LLC is authorized to retain the law firm of Weinman & Associates, P.C., as counsel in connection with the foregoing; and

       The Manager is authorized to make such necessary arrangements for the payment of counsel's fees, expenses and costs as the situation requires, and to do any and all other acts and things being necessary, proper or advisable in connection with the foregoing.

       IN WITNESS WHEREOF, I have hereunto set my hand on behalf of Denver Select Property, LLC.

       Denver Select Property, LLC
       A Colorado Limited Liability Co.


       _____
       Greg Books, Manager of
       Denver Select Property, LLC